JACK R. FINNEGAN
12575 Catalina Drive
Santa Ana, CA 92705
714-544-3247
Plaintiff, Pro Se



FILED
CLERK, U.S. DISTRICT COURT

AUG 1 8 2025

CENTRAL DISTRICT OF CALIFORNIA
BY      PD        DEPUTY

Related case

**PAID**

1/5

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK R. FINNEGAN | ) CASE No: 8:25-CV-01824-JVS(JDE.) |
| | ) Dept: |
| Plaintiff | ) Central District, Southern Division |
| v. | ) |
| Rutan Tucker, LLP, City of Dana | ) **COMPLAINT FOR DAMAGES FOR** |
| Point, and Does 1 through 10 | ) 1. 28 USC §3014. Exempt Property |
| | ) 2. U. S. Constitution Art. 1, §8[4] |
| | ) 3. U. S. Constitution Art. 1, §8[18] |
| Defendants | ) 4. U. S. Constitution Art. 1II, §1 |
| | ). 5. U. S. Constitution Art. 1II, §1, 2[1] |
| | ) 6. U. S. Constitution Art. IV, §2 |
| | ) 7. U. S. Constitution Art. VI, §2 |
| | ) 8. U. S. Constitution 5th Amendment |
| | ) 9. U. S. Constitution 9th Amendment |
| | ) 10. California Constitution Art. VI §21 |
| | ) 11. 28 USC §157(b)(1)(B)(C)(c)(1)(d) |
| | ) 12. 28 USC §1334(a)(b)(c)(1)(2)(d)(e) |
| | ) 13. 11 USC §101(5)(A) |
| | ) 14. 11 USC §101(10)(A) |
| | ) 15. 11 USC §101(12) |
| | ) 16. 11 USC §101(51)(D)(A) |
| | ) 17. 11 US §102(1)(A)(B)(1) |
| | ) 18. 11 USC §362(d)(1) |
| | ) 19. 11 USC §501 |
| | ) 20. 11 USC §502(b)(1)(c)(2) |
| | ) 21.11 USC §522(b)(1) |
| | ) 22. 11USC §541(a)(1)(B) |
| | ) 23. 11 USC §558 |

Complaint for Damages -1-

|  |  |
|---|---|
| ) | 24. 11 USC §1111(a) |
| ) | 25. 11 USC §1115(a)(b) |
| ) | 26. 18 USC §152(4)(5)(6)(8) |
| ) | 27. 18 USC §157 |
| ) | 28. 42 USC §§1963, 1983, 1985 |
| ) | 29. 11 USC BKR 1001 |
| ) | 30. 11 USC BKR 3003(c)(2)(3) |
| ) | 31. 11 USC BKR 3006 |
| ) | 32. 11 USC BKR 4003(b)(1)(c) |
| ) | 33. 11 USC BKR 5011(a) |
| ) | 34. 11 USC BKR 6009 |
| ) | 35. 11 USC BKR 7001(1)(2)(4)(9)(!0) |
| ) | 36. 11 USC BKR 7002 |
| ) | 37. 11 USC BKR 9009 |
| ) | 38. 11 USC BKR 9011 |
| ) · | 39. 11 USC BKR 9033 |
| ) | 40. 11 USC Form #410 |
| ) | 41. FRCivP Rule 41 |
| ) | 42. Federal Evidence Rule 101 |
| ) | 43. Federal Evidence Rule 104 |
| ) | 44. Federal Evidence Rule 302 |
| ) | 45. Federal Evidence Rule 501 |
| ) | 46. Federal Evidence Rule 901(7) |
| ) | 47. Federal Evidence Rule 902(4) |

**JURISDICTION, 28 USC §1334, 28 USC §1343, DEMAND FOR JURY TRIAL PURSUANT TO UNITED STATES CONSTITUTION AMENDMENT VII, [1791], and FRCivP Rule 38(b). DEMAND FOR JURY TRIAL PURSUANT TO CALIFORNIA CONSTITUTION Article 1, Section 16.**

### General Allegation, Claim #8, 8:18-bk-10762-TA

1.    Plaintiff has relied on the vested rights of the United States and California Constitutions, Federal Statutes and Codes, California Statutes and Codes, decisional law and the fraudulent misuse of laws.

Complaint for Damages -2-

**2.** Plaintiff an Architect, purchased the property at 871 Avenida Acapulco, Lot 14, Tract 8187, San Clement, Orange County California, on **May 12, 1987**, the plans were designed by plaintiff, built by plaintiff, a General Contractor, a permit was taken with the San Clemente Building Department permit #87-969, on **July 10, 1987**, Finnegan has owned the property for 39 years.

**3.** Plaintiff is informed and believes and based thereon allege, that defendants violated Plaintiff's Federal and California Constitutional Rights and denied Statutes, Rules, other Codes and laws as stated in the complaint, pursuant to Bankruptcy Case #8:18-bk-10762-TA.

**4.** **California Constitution** is a valid document and applicable in all Federal Courts by virtue of the United States Constitution, 10th Amendment, (1791) "The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people."

**5.** 11 USC §301, specifies the manner in which a voluntary bankruptcy case is commenced, and triggers the Automatic Stay of 11 USC §362.

## FIRST CAUSE OF ACTION 28 USC §3014, EXEMPT PROPERTY

**6.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 5 inclusive of the Complaint as though set forth in full.

**7.** Federal Law 28 USC §3014(a)(2)(B)(a)(3) specifically states, that the Real and Personal property located at 871 Avenida Acapulco, San Clemente, California is Exempt. Federal law 11 USC §541(b)(1) specifically states, **"A Trust is not Property of the Estate"**. Federal law 11 USC §1115(a)(b), defines property of the Estate. See also CCP 764.020. A copy of the Notarized Trust that was also recorded with the County of Orange, County Recorder is included, pursuant to California

Complaint for Damages -3-

Evidence Code §§1413, 1414(b), 1451, 1452(f), and ARTICLE IV (A)(B)(C)(D) of the Revocable Living Trust as Exhibit "A". See also Probate Code §82. The filing of the Jack R. Finnegan Living Trust complies with Federal Evidence Code Rule 901(a)(b)(7), and California Evidence Code §§1413, 1414, 1451, 1452(f), 1530, 1532, 1600, and the California Probate Code.

8.    The property pursuant to 28 USC §3014 was exempt, the estate had no nonexempt property, to Plaintiff's detriment.

## SECOND CAUSE OF ACTION U. S. CONSTITUTION ART. 1, §8[4]

9.    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 8 inclusive of the Complaint as though set forth in full.

10.    Beginning **September 12, 2018,** Defendants ignored the provisions of Federal Law U. S. Constitution Art. 1 §8[4], **Bankruptcy**, to Plaintiff's detriment.

## THIRD CAUSE OF ACTION U. S. CONSTITUTION ART. 1, §8[18]

11.    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 10 inclusive of the Complaint as though set forth in full.

12.    Beginning **September 12, 2018,** the Defendants ignored the provisions of U. S. Constitution Art. 1, §8[18], **All Laws, Equal Protection**, to Plaintiff's detriment.

## FOURTH CAUSE OF ACTION U. S. CONSTITUTION ART. 1II, §1

13.    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 12 inclusive of the Complaint as though set forth in full.

Complaint for Damages -4-

14.     Beginning **September 12, 2018,** the Defendants ignored the provisions of U. S. Constitution Art. 1II, §1, **Judicial Power**, to Plaintiff's detriment.

## FIFTH CAUSE OF ACTION U. S. CONSTITUTION ART. 1II §1, 2[1]

15.     **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 14 inclusive of the Complaint as though set forth in full.

16.     Beginning **September 12, 2018,** the Defendants ignored the provisions of United States Constitution Article III Sections 1, 2[1], Judicial, **Standing**, to Plaintiff's detriment.

## SIXTH CAUSE OF ACTION U. S. CONSTITUTION ART. IV §2

17.     **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 16 inclusive of the Complaint as though set forth in full.

18.     Beginning **September 12, 2018,** the Defendants ignored the provisions of United States Constitution Article VI Sections 1, 2[1], **Privileges**, to Plaintiff's detriment.

## SEVENTH CAUSE OF ACTION U. S. CONSTITUTION ART. VI §2

19.     **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 18 inclusive of the Complaint as though set forth in full.

20.     Beginning **September 12, 2018,** the Defendants ignored the provisions of United States Constitution Article VI Sections 1, 2[1], **Supremacy**, to Plaintiff's detriment.

## EIGHTH CAUSE OF ACTION U. S. CONSTITUTION 5th AMENDMENT

Complaint for Damages -5-

21. PLAINTIFF realleges and incorporates herein by reference Paragraphs 1 through 20 inclusive of the Complaint as though set forth in full.

22. Beginning **September 12, 2018,** the Defendants ignored the provisions of United States Constitution 5th Amendment, **Due Process,** to Plaintiff's detriment.

## NINTH CAUSE OF ACTION U. S. CONSTITUTION 9th AMENDMENT

23. PLAINTIFF realleges and incorporates herein by reference Paragraphs 1 through 22 inclusive of the Complaint as though set forth in full.

24. Beginning **September 12, 2018,** the Defendants ignored the provisions of the United States Constitution 9th Amendment, of certain **rights**, to Plaintiff's detriment.

## TENTH CAUSE OF ACTION CALIFORNIA CONSTITUTION Art. VI §21

25. PLAINTIFF realleges and incorporates herein by reference Paragraphs 1 through 24 inclusive of the Complaint as though set forth in full.

26. Beginning **September 12, 2018,** the Defendants ignored the provisions of the United States Constitution 9th Amendment, of certain **rights**, to Plaintiff's detriment.

## ELEVENTH CAUSE OF ACTION 28 USC §157(b)(1)(B)(C)(c)(1)(d)

27. PLAINTIFF realleges and incorporates herein by reference Paragraphs 1 through 26 inclusive of the Complaint as though set forth in full.

28. Beginning **September 12, 2018,** the Defendants ignored the provisions of 28 USC §157(b)(1)(B)(C)(c)(1)(d), **Procedures**, to Plaintiff's detriment.

## TWELFTH CAUSE OF ACTION 28 USC §1334(a)(b)(c)(1)(2)(d)(e)

29.    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 28 inclusive of the Complaint as though set forth in full.

30.    Beginning **September 12, 2018,** the Defendants ignored the provisions of 28 USC §1334(a)(b)(c)(1)(2)(d)(e), **D. C. Jurisdiction**, to Plaintiff's detriment.

## THIRTEEN CAUSE OF ACTION 11 USC §101(5)(A)

31.    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 30 inclusive of the Complaint as though set forth in full.

32.    Beginning **September 12, 2018,** the Defendants ignored the provisions of 11 USC §101(5)(A), **Claim** to Plaintiff's detriment.

## FOURTEEN CAUSE OF ACTION 11 USC §101(10)(A)

33.    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 32 inclusive of the Complaint as though set forth in full.

34.    Beginning **September 12, 2018,** the Defendants ignored the term **Creditor,** to Plaintiff's detriment.

## FIFTEEN CAUSE OF ACTION 11 USC §101(12)(D)(A)

35.    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 34 inclusive of the Complaint as though set forth in full.

36.    Beginning **September 12, 2018,** the Defendants ignored the term **Small Business Debtor,** to Plaintiff's detriment.

Complaint for Damages -7-

## SIXTEEN CAUSE OF ACTION 11 USC §101(51)(D)(A)

37.    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 36 inclusive of the Complaint as though set forth in full.

38.    Beginning **September 12, 2018,** the Defendants ignored the term **Small Business Debtor,** to Plaintiff's detriment.

## SEVENTEEN CAUSE OF ACTION 11 USC §102(1)(A)(B)(1)

39.    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 38 inclusive of the Complaint as though set forth in full.

40.    Beginning **September 12, 2018,** the Defendants ignored the term **Small Business Debtor,** to Plaintiff's detriment.

## EIGHTEEN CAUSE OF ACTION 11 USC §362(d)(1).

41.    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 40 inclusive of the Complaint as though set forth in full.

42.    Beginning **September 12, 2018,** the Defendants, ignored the provisions of 11 USC §362(d)(1), to Plaintiff's detriment.

## NINETEEN CAUSE OF ACTION 11 USC §501

43.    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 42 inclusive of the Complaint as though set forth in full.

44.    Beginning **September 12, 2018,** the Defendants, ignored the provisions of 11 USC §501, **Filing of Claim,** to Plaintiff's detriment.

Complaint for Damages -8-

## TWENTIETH CAUSE OF ACTION 11 USC §502(b)(1)(c)(2)

45.    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 44 inclusive of the Complaint as though set forth in full.

46.    Beginning **September 12, 2018,** the Defendants, ignored the provisions of 11 USC §502(b)(1)(c)(2), **Claims,** to Plaintiff's detriment.

## TWENTY-FIRST CAUSE OF ACTION 11 USC §522(b)(1).

47.    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 46 inclusive of the Complaint as though set forth in full.

48.    Beginning **September 12, 2018,** the Defendants, ignored the provisions of 11 USC §522(b)(1), **Exemptions,** to Plaintiff's detriment.

## TWENTY-SECOND CAUSE OF ACTION 11 USC §541(a)(1)(B).

49.    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 48 inclusive of the Complaint as though set forth in full.

50.    Beginning **September 12, 2018,** the Defendants, ignored the provisions of 11 USC §541(a)(1)(B), **Property of Estate,** to Plaintiff's detriment.

## TWENTY-THIRD CAUSE OF ACTION 11 USC §558.

51.    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 50 inclusive of the Complaint as though set forth in full.

52.    Beginning **September 12, 2018,** the Defendants, ignored the provisions of 11 USC §558, **Defense,** to Plaintiff's detriment.

Complaint for Damages -9-

## TWENTY-FOURTH CAUSE OF ACTION 11 USC §1111(a).

53.   **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 52 inclusive of the Complaint as though set forth in full.

54.   Beginning **September 12, 2018,** ignoring to provisions of 11 USC §1111(a), **Claims,** to Plaintiff's detriment.

## TWENTY-FIFTH CAUSE OF ACTION 11 USC §1115(a)(b).

55.   **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 54 inclusive of the Complaint as though set forth in full.

56.   Beginning **September 12, 2018,** ignoring to provisions of 11 USC §1115(a)(b), **Property of Estate,** to Plaintiff's detriment.

## TWENTY-SIXTH CAUSE OF ACTION 18 USC §152(4)(5)(6)(8).

57.   **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 56 inclusive of the Complaint as though set forth in full.

58.   Beginning **September 12, 2018,** ignoring to provisions of 11 USC §152(4)(5)(6)(8), **False Claim,** to Plaintiff's detriment.

## TWENTY-SEVENTH CAUSE OF ACTION 18 USC §157

59.   **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 58 inclusive of the Complaint as though set forth in full.

60.   Beginning **September 12, 2018,** the Defendants ignored the provisions of 18 USC §157, **Fraud,** to Plaintiff's detriment.

Complaint for Damages -10-

## TWENTY-EIGHTH CAUSE OF ACTION 42 USC §§1963, 1983, 1985

61.    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 60 inclusive of the Complaint as though set forth in full.

62.    Beginning **September 12, 2018,** the Defendants ignored the provisions of 42 USC §§1963, 1983, 1985, **Treble Damages,** to Plaintiff's detriment.

## TWENTY-NINTH CAUSE OF ACTION 11 USC BKR 1001,

63.    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 62 inclusive of the Complaint as though set forth in full.

64.    Pursuant to United States Supreme Court Bankruptcy Rules, these Rules have the force of law, **Scope of Rules**, to Plaintiff's detriment.

## THIRTIETH CAUSE OF ACTION 11 USC BKR 3003(c)(2)(3)

65.    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 64 inclusive of the Complaint as though set forth in full.

66. Beginning **September 12, 2018,** the Defendants ignored the provisions of BKR Rule 3003(c)(2)(3), **Filing of Claim,** to Plaintiff's detriment.

## THIRTY FIRST CAUSE OF ACTION 11 USC BKR 3006

67.    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 66 inclusive of the Complaint as though set forth in full.

68. Beginning **September 12, 2018,** the Defendants ignored the provisions of BKR Rule 3006, **Withdrawal of Claim,** to Plaintiff's detriment.

## THIRTY SECOND CAUSE OF ACTION 11 USC BKR 4003(b)(1)(c)

69.    PLAINTIFF realleges and incorporates herein by reference Paragraphs 1 through 68 inclusive of the Complaint as though set forth in full.

70. Beginning **September 12, 2018,** the Defendants ignored the provisions of BKR Rule 3006, **Exemptions,** to Plaintiff's detriment.

## THIRTY THIRD CAUSE OF ACTION 11 USC BKR 5011(a),

71.    PLAINTIFF realleges and incorporates herein by reference Paragraphs 1 through 70 inclusive of the Complaint as though set forth in full.

72.    Pursuant to Bankruptcy Rule 5011(a), "A Motion for **Withdrawal Claims shall be heard by a District Judge,** the lack of proper withdrawal, is to Plaintiff's detriment.

## THIRTY FOURTH CAUSE OF ACTION 11 USC BKR 6009,

73.    PLAINTIFF realleges and incorporates herein by reference Paragraphs 1 through 72 inclusive of the Complaint as though set forth in full.

74.    Beginning **September 12, 2018,** the Defendants ignored the provisions of BKR Rule 6009, **Prosecution Defense,** to Plaintiff's detriment.

## THIRTY FIFTH CAUSE OF ACTION 11 USC BKR 7001(1)(2)(4)(9)(10)

75.    PLAINTIFF realleges and incorporates herein by reference Paragraphs 1 through 74 inclusive of the Complaint as though set forth in full.

76.    Pursuant to Bankruptcy Rule 7001(1)(2)(4)(9)(10), **Scope of Rules** was not adhered, to the Plaintiff's detriment.

Complaint for Damages -12-

## THIRTY SIXTH CAUSE OF ACTION 11 USC BKR 7002

77.    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 76 inclusive of the Complaint as though set forth in full.

78.    Pursuant to Bankruptcy Rule 7002, **Federal Rules of Civil Procedure**, was not adhered, to the Plaintiff's detriment.

## THIRTY-SEVENTH CAUSE OF ACTION 11 USC BKR 9009

79.    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 78 inclusive of the Complaint as though set forth in full.

80.    Pursuant to Bankruptcy Rule 9009, **Forms** was not adhered, to the Plaintiff's detriment.

## THIRTY-EIGHTH CAUSE OF ACTION 11 USC BKR 9011

81.    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 80 inclusive of the Complaint as though set forth in full.

82.    Pursuant to Bankruptcy Rule 9011, **Signing of Papers,** was not adhered, to the Plaintiff's detriment.

## THIRTY-NINETH CAUSE OF ACTION 11 USC BKR 9033

83.    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 82 inclusive of the Complaint as though set forth in full.

84.    Pursuant to Bankruptcy Rule 9033, **Findings of Facts,** was not adhered, to the Plaintiff's detriment.

Complaint for Damages -13-

## FORTIETH CAUSE OF ACTION 11 USC Form #410

85.    PLAINTIFF realleges and incorporates herein by reference Paragraphs 1 through 84 inclusive of the Complaint as though set forth in full.

86.    11 USC Form #410 states, Proof of Claims were submitted and signed under **Penalty of Perjury**, that the claim was **valid**, were not correct: 1, 7, 8, 13, to the Plaintiff's detriment.

## FORTY-FIRST CAUSE OF ACTION FRCivP, Rule 41

87.    PLAINTIFF realleges and incorporates herein by reference Paragraphs 1 through 86 inclusive of the Complaint as though set forth in full.

88.    Since 1938 it has been held that Rule 41 FRCivP governs the withdrawal of Proof of Claims. *See, In re Empire Coal Sales Corp,* 45 F. Supp. 974, 976 (S.D.N.Y), is to the Plaintiff's detriment.

## FORTY-SECOND CAUSE OF ACTION FED. EVIDENCE 101

89.    PLAINTIFF realleges and incorporates herein by reference Paragraphs 1 through 88 inclusive of the Complaint as though set forth in full.

90.    Beginning **September 12, 2018,** ignoring to provisions of Federal Evidence 101 **Scope**, to Plaintiff's detriment.

## FORTY-THIRD CAUSE OF ACTION FED. EVIDENCE 104

91.    PLAINTIFF realleges and incorporates herein by reference Paragraphs 1 through 90 inclusive of the Complaint as though set forth in full.

92.    Beginning **September 12, 2018,** ignoring to provisions of Federal Evidence 104 **Preliminary Questions**, to Plaintiff's detriment.

Complaint for Damages -14-

## FORTY-FORTH CAUSE OF ACTION FED. EVIDENCE 302

93.   PLAINTIFF realleges and incorporates herein by reference Paragraphs 1 through 92 inclusive of the Complaint as though set forth in full.

94.   Beginning **September 12, 2018,** ignoring to provisions of Federal Evidence 302 **State Law**, to Plaintiff's detriment.

## FORTY-FIFTH CAUSE OF ACTION FED. EVIDENCE 501

95.   PLAINTIFF realleges and incorporates herein by reference Paragraphs 1 through 94 inclusive of the Complaint as though set forth in full.

96.   Beginning **September 12, 2018,** ignoring to provisions of Federal Evidence 501 **General Rule**, to Plaintiff's detriment.

## FORTY-SIXTH CAUSE OF ACTION FED. EVIDENCE 901(7)

97.   PLAINTIFF realleges and incorporates herein by reference Paragraphs 1 through 96 inclusive of the Complaint as though set forth in full.

98.   Beginning **September 12, 2018,** ignoring to provisions of Federal Evidence 901(7) **Authentication**, to Plaintiff's detriment.

## FORTY-SEVENTH CAUSE OF ACTION FED. EVIDENCE 902(4)

99.   PLAINTIFF realleges and incorporates herein by reference Paragraphs 1 through 98 inclusive of the Complaint as though set forth in full.

100.   Beginning **September 12, 2018,** ignoring to provisions of Federal Evidence 902(4) **Authentication**, to Plaintiff's detriment.

Complaint for Damages -15-

## PRAYER

**42 USC Chapter 21, Subchapter 1, §§1963, 1983, 1985,** states as follows: "**Every person** who, under **color of any statute**, ordinance, regulation, custom, or usage, of any State or territory or the District of Columbia, subjects, or causes to be subjected, **any citizen of the United States** … to the **deprivation** of any **rights, privileges, or immunities**, secured by the <u>Constitution and laws</u>, shall be liable to the party injured in an action at law for treble damages." Personal Property valued at **$1,865,138.00, Real Estate valued at $8,839,288.00 or a total of $10,704,426.00,** For treble damages, of <u>$32,113,278.00.</u>

## Demand for judgment for relief

<u>**First Cause Of Action 28 USC §3014, Exempt Property, $32,113,278.00.**</u>

<u>**Second Cause Of Action U. S. Constitution Art. 1, §8[4], $32,113,278.00.**</u>

<u>**Third Cause Of Action U. S. Constitution Art. 1, §8[18], $32,113,278.00.**</u>

<u>**Fourth Cause Of Action U. S. Constitution Art. 1II §1, $32,113,278.00.**</u>

<u>**Fifth Cause Of Action U. S. Constitution Art. 1II §1, 2[1], $32,113,278.00.**</u>

<u>**Sixth Cause Of Action U. S. Constitution Art. IV §2, $32,113,278.00.**</u>

<u>**Seventh Cause Of Action U. S. Constitution Art. VI §2, $32,113,278.00.**</u>

<u>**Eight Cause Of Action U. S. Constitution 5th Amendment, $32,113,278.00.**</u>

<u>**Ninth Cause Of Action U. S. Constitution 9th Amendment, $32,113,278.00.**</u>

<u>**Tenth Cause Of Action California Constitution, Art VI §21, $32,113,278.00.**</u>

<u>**Eleventh Cause Of Action 28 USC §157(b)(1)(B)(C)(c)(1)(d) $32,113,278.00.**</u>

<u>**Twelfth Cause Of Action 28 USC §1334(a)(b)(c)(1)(2)(d)(e) $32,113,278.00.**</u>

<u>**Thirteenth Cause Of Action 11 USC §101(5)(A) $32,113,278.00.**</u>

<u>**Fourteenth Cause Of Action 11 USC §101(10)(A) $32,113,278.00.**</u>

<u>**Fifteenth Cause Of Action 11 USC §101(12)(A) $32,113,278.00.**</u>

Complaint for Damages -16-

Sixteenth Cause Of Action 11 USC §101(51)(D) $32,113,278.00.

Seventeenth Cause Of Action 11 USC §102(1)(A)(B)(1) $32,113,278.00.

Eighteenth Cause Of Action 11 USC §362(d)(1), $32,113,278.00.

Nineteenth Cause Of Action, 11 USC §501, $32,113,278.00.

Twentieth Cause Of Action, 11 USC §502(b)(1)(c)(2), $32,113,278.00.

Twenty-First Cause Of Action, 11 USC §522, $32,113,278.00.

Twenty-Second Cause Of Action, 11 USC §541(a)(1)(B), $32,113,278.00.

Twenty-Third Cause Of Action, 11 USC §558, $32,113,278.00.

Twenty-Fourth Cause Of Action, 11 USC §1111(a), $32,113,278.00.

Twenty-Fifth Cause Of Action, 11 USC §1115(a)(b), $32,113,278.00.

Twenty-Sixth Cause Of Action, 18 USC §152(4)(5)(6)(8), $32,113,278.00.

Twenty-Seventh Cause Of Action, 18 USC §157, $32,113,278.00.

Twenty-Eighth Cause Of Action, 42 USC §§1953, 1983, 1985, $32,113,278.00.

Twenty-Ninth Cause Of Action, 11 USC BKR 1001, $32,113,278.00.

Thirtieth Cause Of Action, 11 USC BKR 3003(c)(2)(3), $32,113,278.00.

Thirty-First Cause Of Action, 11 USC BKR 3006, $32,113,278.00.

Thirty-Second Cause Of Action, 11 USC BKR 4003(b)(1)(c), $32,113,278.00.

Thirty-Third Cause Of Action, 11 USC BKR 5011(a), $32,113,278.00.

Thirty-Fourth Cause Of Action, 11 USC BKR 6009, $32,113,278.00.

Thirty-5th Cause Of Action, 11 USC BKR 7001(1)(2)(4)(9)(10), $32,113,278.00.

Thirty-Sixth Cause Of Action, 11 USC BKR 7002, $32,113,278.00.

Thirty Seventh Cause Of Action, 11 USC BKR 9009, $32,113,278.00.

Thirty Eighth Cause Of Action, 11 USC BKR 9011, $32,113,278.00.

Thirty Ninth Cause Of Action, 11 USC BKR 9033, $32,113,278.00.

Fortieth Cause Of Action, 11 USC Form #410, $32,113,278.00.

Forty First Cause Of Action, 11 USC FRCivP, Rule 41, $32,113,278.00.

Complaint for Damages -17-

**Forty Second Cause Of Action, Federal Evidence 101, $32,113,278.00.**

**Forty Third Cause Of Action, Federal Evidence 104, $32,113,278.00.**

**Forty Fourth Cause Of Action, Federal Evidence 302, $32,113,278.00.**

**Forty Fifth Cause Of Action, Federal Evidence 501, $32,113,278.00.**

**Forty Sixth Cause Of Action, Federal Evidence 901(7), $32,113,278.00.**

**Forty Seventh Cause Of Action, Federal Evidence 902(4), $32,113,278.00.**

**Issues to be Decided by Jury Determination**

Violations of Crimes Against the Elderly, Interference with Business, Malice, Fraud and Deceit, Conspiracy, Invasion of Privacy, Falsity, (Scienter), Slander of Title, Probable Cause, Artistic Infringement, CCP §§ 493.010, 493.030, 493.040, 493.060, 726, 1139, 1180, CRC 3.1360, Evidence Code §§115, 160, 300, 623, 657, 662, 666, 668, 956, 958, 981, 1225, 1301, 1452, 1530, 1532, 1600, Probate Code §§15200, 15201, 15202, 15210, C.C. §§2822, 2903, 2911.

**Interest**

Pursuant to California Civil Code §§3287, 3288, 3294, California Code of Civil Procedures §§1268.310(a)(b)(c). **Interest on Interest,** Pursuant to California Civil Code §3291, California Code of Civil Procedures §1268.360.

**DEMAND FOR JURY TRIAL,** Local Rule 38.1

Date: August 18, 2025

Jack R. Finnegan

Complaint for Damages -18-

## Verification

I Jack R. Finnegan, declare as follows, I am the Plaintiff for the Complaint herein. I have prepared and read the forgoing Pleading and know of its contents. The facts alleged in the Pleading are within my own knowledge, and I know these facts to be true because of my familiarity with the relevant facts pertaining to the trial proceedings. I declare under penalty of perjury that the foregoing is true and correct.

Date: August 18, 2025

Jack R. Finnegan

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**

CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Orange_ )

On _25th April Se. 7_ before me, _MARYANNE SCARPONI, NOTARY PUBLIC_

Date                Here Insert Name and Title of the Officer

personally appeared _Jack R Finnegan_

_(Name(s) of Signer(s)_

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

**MARYANNE SCARPONI**
COMM. # 2108125
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
COMM. EXPIRES MAY 19, 2019

Signature _Maryanne Scarponi_

Signature of Notary Public

Place Notary Seal Above

―――――――――――――――― OPTIONAL ――――――――――――――――

Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**

Title or Type of Document: _Grant Deed_

Document Date: _4-25-17_        Number of Pages: _1_

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5907

## ARTICLE IV Amendment and Revocation

A. It is understood that the grantor reserves the right to amend or revoke this trust at any time during the grantor's life time without notifying any beneficiary. An amendment must be made in writing and signed by the grantor. Revocation may be in writing or any manner allowed by law. The Trustees may receive, as part of this Trust, additional real and personal property by assignment, transfer, deed or other conveyance, or by any other means, testamentary or inter vivos, for inclusion in the Trust herein created.

B. Until the death of the grantor, all rights to all income, profits, and control of the Trust Property shall be retained by the grantor. The power to revoke or amend this trust is personal to the grantor. A conservator, guardian, or other person shall not exercise it on behalf of the grantor, unless the grantor specifically grants a power to revoke or amend this trust in a Durable Power of Attorney.

C. If the grantor's principal residence is held in this trust, grantor has the right to possess and occupy it for life, rent free and without charge, except for taxes, insurance, maintenance and related costs and expenses. This right is intended to give grantor a beneficial interest in the property and to ensure that the grantor does not lose eligibility for a state homestead tax exemption for which grantor otherwise qualifies.

D. If the grantor becomes physically or mentally incapacitated and is no longer able to manage this trust, the person or persons named as successor trustee shall serve as trustee. The determination of the grantor's capacity to manage this trust shall be made by those of the persons listed below who are reasonably available when the successor trustee (or any of them, if two or